# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| WAYNE DUHA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. 1:11-CV-109 |
| | ) |
| YARGUS MANUFACTURING, INC., | ) |
| | ) |
| **Defendant.** | ) |

## OPINION AND ORDER

This case was removed to this Court from the Allen Superior Court by the Defendant based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). (Docket # 2.) The Notice of Removal, however, inadequately sets forth the Plaintiff's citizenship.

The Defendant bases its Notice of Removal on the Plaintiff's Complaint, which states that he is a resident of Fort Wayne, Indiana. (Notice of Removal ¶ 7; Complaint ¶ 1.) Accordingly, the Notice of Removal claims that "[u]pon information and belief, [the Plaintiff] is a citizen of the State of Indiana." (Notice of Removal ¶ 7.)

However, the "residency" of a party is meaningless for purposes of diversity jurisdiction. *Guar. Nat'l Title Co. v. J.E.G. Assocs.*, 101 F.3d 57, 58-59 (7th Cir. 1996) (explaining that statements concerning a party's "residency" are not proper allegations of citizenship as required by 28 U.S.C. § 1332); *see* 28 U.S.C. § 1332; *Nilssen v. Motorola, Inc.*, 255 F.3d 410, 412 (7th Cir. 2001). "For natural persons, state citizenship is determined by one's domicile." *Dausch v. Rykse*, 9 F.3d 1244, 1245 (7th Cir. 1993); *see also Am.'s Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992) ("In federal law citizenship means domicile, not residence.").

Furthermore, "[a]llegations of federal subject matter jurisdiction may not be made on the basis of information and belief, only personal knowledge." *Yount v. Shashek*, 472 F. Supp. 2d 1055, 1057 n.1 (S.D. Ill. 2006). *See also Am.'s Best Inns, Inc.*, 980 F.2d at 1074; *Ebersohl v. Bechtel Corp.*, No. 09-1029-GPM, 2010 WL 785973, at *4 n. 2 (S.D. Ill. Mar. 4, 2010); *Dintelman v. Kellogg Co.*, No. 09-945-GPM, 2010 WL 520284, at *2 n. 2 (S.D. Ill. Feb.12, 2010).

Therefore, the Defendant is ORDERED to file an amended Notice of Removal forthwith, alleging the Plaintiff's citizenship—that is, his domicile—on personal knowledge.

SO ORDERED.

Enter for April 4, 2011

/S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge